IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ERIN L. MORTLOCK, *ET AL.*,<br><br>Defendants. | Case No. 1:17-cv-00563-TSB<br><br>Judge Black<br>Magistrate Litkovitz |

**AGREED ENTRY OF DISMISSAL
WITH ORDER OF DISTRIBUTION
OF REMAINING FUNDS ON DEPOST**

Now come Defendant Erin L. Mortlock ("Mortlock") and Defendant Estate of Douglas R. Harvey ("Harvey"), by and through counsel, and hereby represent to the Court that they have settled all their disputes.

Harvey dismisses, with prejudice, its Cross-Claim against Mortlock, and releases all claims it has or may have against Mortlock. Harvey further releases any and all claims to the decedent's pension from Children's Hospital Medical Center and acknowledges the beneficiary of said pension is Erin L. Mortlock. Harvey grants permission to Mortlock to reside, without paying rent, at the real estate commonly known as 2913 E. 15th Avenue, Spokane, Washington 99223, until 45 days after Mortlock or her attorney have received the proceeds from the Clerk of the Court as ordered below, and payment from the Children's Hospital Medical Center pension, but not later than June 30, 2018.

Mortlock releases all claims she has or may have against the Estate of Douglas R. Harvey.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that this case is dismissed, with prejudice.

IT IS FURTHER ORDERED, that the Clerk of the Court shall distribute from funds on deposit the sum of $20,000.00, payable to the Estate of Douglas R. Harvey, to be forwarded to Kevin L. Swick, 425 Walnut Street, Suite 2200, Cincinnati, Ohio 45202.

IT IS FURTHER ORDERED, that the Clerk of the Court shall distribute the balance of funds on deposit, payable to Erin L. Mortlock, to be forwarded to Michael J. Honerlaw, 7770 West Chester Road, Suite 200, West Chester, Ohio 45069.

IT IS SO ORDERED.

Date 4/16/18

Karen L. Litkovitz
United States Magistrate Judge

AGREED:

**s/ Kevin L. Swick**
Kevin L. Swick  0023149
Aronoff, Rosen & Hunt
425 Walnut St  Ste 2200
Cincinnati OH 45202
klswick@arh-law.com
(513) 241-0400
(513) 241-2877 (fax)
*Attorney for Defendant*
*Estate of Douglas R. Harvey*

**s/ Michael J. Honerlaw**
Michael J. Honerlaw  0034469
Honerlaw Law Office LLC
7770 West Chester Rd  Ste 200
West Chester OH 45069
mike@honerlaw.com
(513) 847-6060
(513) 847-6059 (fax)
*Attorney for Defendant*
*Erin L. Mortlock*